ERIC JOHNSON
61667 Desert air rd.
Joshua tree Ca. 92252
Email:ejliberated@gmail.com
Phone:(310)321-9048

FILED

2026 JAN 23 AM 10: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ERIC JOHNSON
    Plaintiff

Case: 2:26-cv-701-FMO-PVC(x)

V.

UNITED STATES DEPARTMENT OF JUSTICE;
FEDERAL BUREAU OF PRISONS
    Respondent

COMPLAINT FOR INJUNCTIVE RELIEF
(Freedom of Information Act, 5 U.S.C 552

JURISDICTION AND VENUE
1. This action arises under the freedom of information Act ("FOIA")
2. The court has jurisdiction pursuant to 5 U.S.C. 552(a)(4)(B).

3. Venue is proper in this district under 5 U.S.C. 552(a)(B) because Plaintiff resides in this district and/or the records at issue are maintained by the Defendant(s) within this district.

II. PARTIES
4. Plaintiff ERIC JOHNSON is a private individual and former federal inmate.

5. Defendant UNITED STATES DEPARTMENT OF JUSTICE is an agency of the United States Subject to FOIA.

6. Defendant Federal Bureau of Prisons is a component agency of DOJ and subject to FOIA.

III. FACTUAL ALLEGATIONS

7. On or about 4-23-2025 Plaintiff submitted a written FOIA and Privacy Act request to the Bureau of Prisons and was given receipt #(2025-0325); and (2025-03953)

8. The request sought record pertaining to plaintiff including but not limited to medical, administrative, investigatory, and programmatic records relating to any implantation of technological devices or related procedures involving plaintiff during federal custody.

9. The request was properly submitted and reasonably described the records sought.

10. Defendants received the request.
11. Defendants were required to make a determination within 20 working days, or provide lawful written notice of an extension.

12. More than (9) months have elapsed since submission of the request.

13. Defendants have failed to issue a final determination, produce records deny the request, or cite applicable exemptions.

14. Defendants failure to respond constitutes constructive exhaustion of administrative remedies under 5 U.S.C. 552(a)(6)(C).

15. Plaintiff seeks only compliance with FOIA's procedural requirements, including a lawful search and determination.

IV. CLAIM FOR RELIEF
(Violation of the Freedom of Information Act)
16. Plaintiff re-allege paragraphs 1-15

17. Defendants have unlawfully withheld agency records by failing to conduct a timely search and determination.

18. Defendants on going delay violates FIOA.

19. Plaintiff is entitled to injunctive relief   compelling defendant to comply with FOIA.

V. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:
A. Declare that Defendants violated FOIA;
B. Order Defendants to conduct an adequate search for records responsive to plaintiff's FOIA request;
C. Order Defendants to produce all non exempt records;
D. Require Defendants to provide a Vaughn index for any records withheld;
E. Enjoin Defendants from continued unlawful delay;
F. Retain jurisdiction to ensure compliance;
G. Grant any other relief the court deems just and proper.

VI. JURY DEMAND

Plaintiff does not request a jury trial.

Respectfully submitted,
ERIC JOHNSON
61667 desert air rd.
Joshua tree ca. 92252

 **Gmail**  EJ <ejliberated@gmail.com>

## FOIA Request 2025-03925

<bop-ogc-efoia-s@bop.gov>  Thu, May 1, 2025 at 8:20 AM
To: <ejliberated@gmail.com>

Dear Eric Johnson,

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request. The Federal Bureau of Prisons (BOP) assigned your request FOIA Request Number 2025-03925.

The records you seek require a field office to search for and collect records and/or we expect any records responsive to your request will be voluminous and require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. *See* 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018).

For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request.  At this time, we have assigned your request to the complex track. We anticipate processing your request will take up to 9 months.  In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.

We regret the necessity of this delay, but we assure you your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by e-mail at bop-ogc-efoia-s@bop.gov by telephone at (202) 616-7750, or by writing to the above address. You may also contact our FOIA Public Liaison, Ms. Kara Christenson, at the same email or telephone number to discuss any aspect of your request. You can also check the status of your request online at http://www.bop.gov/foia/index.jsp#tabs-6.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,

FOIA Staff
Federal Bureau of Prisons
U.S. Department of Justice

**2025_04_23_15_43_55.pdf**

# FOIA/Privacy Act Request – Implantable Technology or Microchipping

Freedom of Information Act / Privacy Act Request

Eric Lamont Johnson

Register Number: 08426-003

61667 Desert air road

Joshua tree ca. 92252

ejliberated@gmail.com

[Date] 4-21-25

FOIA/Privacy Act Officer

Federal Bureau of Prisons

320 First Street, NW

Washington, DC 20534

RECEIVED
APR 2 3 2025
FOIA/PA Section
Federal Bureau of Prisons

RE: Request for Records Pertaining to Implanting Technology or Microchipping – Eric Lamont Johnson register number 08426003

To Whom It May Concern,

My name is Eric Lamont Johnson DOB- 12-12-1974 who was committed to the FBOP and was given the register number 08426-003. Today i make such request:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, I am requesting all records, documents, communications, or data maintained by the Federal Bureau of Prisons (BOP) that reference or relate to the use of implantable technology, microchipping, or any similar device in connection with my person, identified as Eric Lamont Johnson, Register Number 08426-003, from and through January 2011 to March 2025.

Specifically, I am seeking:

- Any record, internal communication, policy, procedure, medical report, or memorandum discussing or referencing the implantation of any technology in my person, not limited to but includes;

- Any program, pilot project, study, or other initiative involving implanting of technology conducted by or in conjunction with the BOP and any such monitoring of such technology once implanted, whether involving my person directly or more generally across institutions, particularly at facilities where I was housed; USP Victorville; USP Pollock; USP Lewisburg; USP Thomson; USP Atwater; USP Florence and MDCLA, from the years of 2011–2025

- Records showing which institution(s), officials, or medical professionals may have been involved in the planning, authorization, or execution of any such actions involving my person.

If such records exist, I request access to all non-exempt, reasonably segregable portions in electronic/CD and or paper format. If this request is denied in whole or in part, please justify all deletions or withholdings by reference to specific FOIA or Privacy Act exemptions. Also can your office please inform me through the email listed above and below when the record has been forwarded to the requester.

This request is made for purposes of documenting and understanding actions taken by government personnel and does not seek any information classified for national security purposes or otherwise exempt from disclosure under applicable laws.

Thank you for your time and assistance.

Sincerely,

Eric Lamont Johnson

Register Number: 08426-003

61667 Desert air road

Joshua tree ca. 92252

ejliberated@gmail.com

# Declaration:

I Eric Lamont Johnson a citizen of United States of American born December 12, in the year 1974, in city and state of Los Angeles California who upon conviction of criminal charges was committed to the FBOP under case number 03-477-MV, in the District court, in the state of New Mexico; also convicted under case number 05-00196-001-WS, in the District court of southern Alabama, under FBOP register number (08426-003), do declare and swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that i am the person named in the preceding page making a request under the Privacy Act of 1974; and i understand that any falsification of this statement is punishable under the provisions of 18 USC Section 1001. by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 USC Section 552a(i)(3) by a fine of not more than $5,000.

/s/ *Eric Lamont Johnson*

Date: 4-21-25



 Gmail                                                       EJ <ejliberated@gmail.com>

# FOIA Request 2025-03953

<bop-ogc-efoia-s@bop.gov>                                    Thu, May 1, 2025 at 12:49 PM
To: <ejliberated@gmail.com>

Dear Eric Johnson,

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request. The Federal Bureau of Prisons (BOP) assigned your request FOIA Request Number 2025-03953.

The records you seek require a field office to search for and collect records and/or we expect any records responsive to your request will be voluminous and require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. *See* 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018).

For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request.  At this time, we have assigned your request to the complex track. We anticipate processing your request will take up to 9 months.  In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.

We regret the necessity of this delay, but we assure you your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by e-mail at bop-ogc-efoia-s@bop.gov by telephone at (202) 616-7750, or by writing to the above address. You may also contact our FOIA Public Liaison, Ms. Kara Christenson, at the same email or telephone number to discuss any aspect of your request. You can also check the status of your request online at http://www.bop.gov/foia/index.jsp#tabs-6.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Sincerely,

FOIA Staff
Federal Bureau of Prisons
U.S. Department of Justice

**Pages from 2025_04_23_15_43_55-2.pdf**

**Freedom of Information Act Request**

ERIC LAMONT JOHNSON

61667 DESERT AIR ROAD

JOSHUA TREE CA. 92252

ejliberated@gmail.com

To:

FOIA/PA Mail Referral Unit

U.S. Department of Justice

Room 115, LOC Building

Washington, D.C. 20530-0001

Subject: Freedom of Information Act Request – Microchip Program in the Federal Bureau of Prisons

Dear FOIA Officer,

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I am requesting access to any and all records, reports, internal communications, memos, studies, contracts, correspondence, emails, and other documentation related to the existence, discussion, development, testing, or of any program involving the implantation or use of subcutaneous devices/microchips in inmates within the custody of the Federal Bureau of Prisons (FBOP).

This request includes but is not limited to:
- Any protocols, procedures, or policies discussing the use or implantation of of such devices/ microchips in inmates;
- Any medical or experimental programs authorized or conducted involving implanted devices;
- Communications between the FBOP, Department of Justice, private contractors, or other federal agencies regarding the microchipping of inmates;
- Records from any individual prison facilities, including those related to medical units, experimentation, or inmate tracking technologies.

Please include records from January 1, 2000, to the present.

If possible, I would prefer to receive the responsive documents in pdf, CD/USB flash drive format. In addition because the address giving is a mailing address, i request that your office alert me by email when the requested record(s) has been mailed to the listed address.

If any part of this request is denied, please provide a detailed explanation for the denial, including reference to specific exemptions under the FOIA. I also request that any reasonably segregable portions of exempt material be released.

The records requested are related to my and and in public interest involving possible civil Rights concerns.

I am willing to pay reasonable duplication and processing fees. However, if the estimated fees exceed $50, please inform me before proceeding.

Thank you for your time and attention to this matter.

Sincerely,
ERIC LAMONT JOHNSON

Date: 4-21-25

*[signature: Eric Johnson]*